244

required to give 90 days' notice unless it wished to terminate the contract prior to March 1, 1973, the automatic expiration date of the agreement.

Accordingly we affirm the judgment entered below dismissing the complaint.

Affirmed.

LORENZ and SULLIVAN, JJ., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NATHANIEL JACKSON, Defendant-Appellant.

(No. 60845;

First District (5th Division)—July 25, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Raymond J. Prosser, and William J. Stacy, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. MICHAEL SMITH, a/k/a VINCENT L. McHAFFEY, Defendant-Appellant.

(No. 61088;

First District (5th Division)—July 25, 1975.